ARTHUR G. NEVINS, JR.
56 State Route 173, Suite 1E
Hampton, N.J. 08827
(908) 713-6666
Attorney for Plaintiff,
CONSTANCE L. ACE



| | |
|---|---|
| CONSTANCE L. ACE, | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION : MIDDLESEX COUNTY<br>CIVIL ACTION |
| Plaintiff,<br>vs.<br>ETHICON, INC., JOHNSON & JOHNSON INC., MARTIN MADDEN, LUANI ALVARADO, and TRACY PETERSON,<br>Defendants. | Docket No. L-150-08<br><br>SUMMONS |

From The State of New Jersey, to the defendant(s) named above:

    The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the Deputy Clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each Deputy Clerk of the Superior Court is provided). A $130.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to the plaintiff's attorney whose name and address appear above or to plaintiff, if no attorney is named above. A telephone call will not protect your rights. You must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

    If you do not file and serve a written answer within 35 days, the Court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the sheriff may seize your money, wages, or property to pay all or part of the judgement.

    If you cannot afford an attorney, you may call the legal services office in the County where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of these Legal Referral services. A list of those numbers is also provided.

Dated: February 5, 2008

_____
THEODORE J. FETTER/s/
Clerk of the Superior Court

Name of Defendants to be served:

JOHNSON & JOHNSON INC.
1 Johnson & Johnson Plaza
New Brunswick, N.J.

**ATLANTIC COUNTY**
Lori Mooney, Clerk
Civil Div., Direct Filing
1201 Bacharach Blvd.
First Floor
Atlantic City, NJ 08401
Lawyer Referral:(609)345-3444
Legal Services(609)348-4200

**BERGEN COUNTY**
Kathleen A. Donovan, Clerk
119 Justice Center
10 Main Street
Hackensack, NJ 07601-7898
Lawyer Referral:(201)488-0044
Legal Services(201)487-2166

**BURLINGTON COUNTY**
Edward A. Kelly, Jr., Clerk
First Floor, Courts Facility
49 Rancocas Road
Mount Holly, NJ 08060
Lawyer Referral:(609)261-4862
Legal Services(609)261-1088

**CAMDEN COUNTY**
Michael S. Keating, Clerk
Ist Floor, Hall of Records
501 Fifth Street
Camden, NJ 08103
Lawyer Referral:(856)964-4520
Legal Services(856)964-2010

**CAPE MAY COUNTY**
Angela F. Pulvino, Clerk
(Law Division Filings)
Box DN-209
Cape May Court House. NJ
Lawyer Referral:(609)463-0313
Legal Services(609)465-3001

**CUMBERLAND COUNTY**
John G. Nardelli, Clerk
Court House, Direct Filing
Broad & Fayette Streets
Bridgeton, NJ 08302
Lawyer Referral:(856) 692-6207
Legal Services(856)451-0003

**ESSEX COUNTY**
Pat McGarry Drake, Clerk
236 Hall of Records
465 Martin Luther King Blvd.
Newark, NJ 07102
Lawyer Referral:(973)622-7753
Legal Services(973)275-1175

**GLOUCESTER COUNTY**
Joseph H. Hofman, Clerk
First Floor, Courthouse
1 North Broad Street
P.O. Box 129
Woodbury, NJ 08098
Lawyer Referral:(856)848-4589
Legal Services(856)848-5360

**HUDSON COUNTY**
Frank E. Rodgers, clerk
Superior Court
Civil Records Department
Brennan Court House
583 Newark Avenue
Jersey City, NJ 07306
Lawyer Referral:(201)798-2727
Legal Services(201)792-6363

**HUNTERDON COUNTY**
Dorothy K. Tirpok, Clerk
Hall of Records
71 Main Street
Flemington, NJ 08822
Lawyer Referral:(908)735-2611
Legal Services(908)782-7979

**MERCER COUNTY**
Albert E. Driver, Clerk
P.O. Box 8068
209 South Broad Street
Trenton, NJ 08650
Lawyer Referral:(609)585-6200
Legal Services(609)695-6249

**MIDDLESEX COUNTY**
Herbert P. Lashomb, Clerk,
Courthouse, East Wing
P.O. Box 2633
New Brunswick, NJ 08903-2633
Lawyer Referral:(732)828-0053
Legal Services(732)249-7600

**MONMOUTH COUNTY**
Jane Clayton, Clerk
P.O. Box 1262
Courthouse, East Wing
Freehold, NJ 07720-1262
Lawyer Referral:(732)431-5544
Legal Services(732)747-7400

**MORRIS COUNTY**
Alfonse W. Scerbo, Clerk
CN-900
30 Schuyler Place
Morristown, NJ 07960
Lawyer Referral:(973)267-5882
Legal Services(973)285-6911

**OCEAN COUNTY**
M. Dean Haines, Clerk
119 Court House
CN-2191
Toms River, NJ 08754
Lawyer Referral:(732)240-3666
Legal Services(732)341-2727

**PASSAIC COUNTY**
William L.. Kattak, Clerk
Court House
77 Hamilton Street
Paterson, NJ 07505
Lawyer Referral:(973)278-9223
Legal Services(973)345-7171

**SALEM COUNTY**
John W. Cawman, Clerk
92 Market Street
P.O. Box 18
Salem, NJ 08079
Lawyer Referral:(856)935-5629
Legal Services(856)451-0003

**SOMERSET COUNTY**
R. Peter Widin, Clerk
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
Lawyer Referral:(908)685-2323
Legal Services(609)231-0840

**SUSSEX COUNTY**
Helen C. Ackerman, Clerk
Superior Court, Law Division
49 High Street
Newton, NJ 07860
Lawyer Referral:(973)267-5882
Legal Services(973)387-7400

**UNION COUNTY**
Walter G. Halpin, Clerk
First Floor, Court House
Elizabeth, NJ 07207
Lawyer Referral:(908)353-4715
Legal Services(908)354-4340

**WARREN COUNTY**
Terrance D. Lee, Clerk
Court House
Belvidere, NJ 07828
Lawyer Referral:(973)267-5882
Legal Services(973)475-2010