MIDDLESEX VICINAGE CIVIL DIVISION
P O BOX 2633
56 PATERSON STREET
NEW BRUNSWICK    NJ 08903-2633

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (732) 981-3301
COURT HOURS

DATE:   JANUARY 09, 2008
RE:     ACE CONSTANCE L VS ETHICON INC
DOCKET: MID L -000150 08

THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3

DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:  HON BRAD FERENCZ

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT: (732) 981-3306.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.

ATTENTION:

ARTHUR G. NEVINS JR
PLAZA 78 SUITE 1E
56 ROUTE 173 WEST
HAMPTON        NJ 08827

JUMAG11