McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
973-622-7711
Attorneys for Defendants

| | |
|---|---|
| CONSTANCE L. ACE, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION: MIDDLESEX |
| Plaintiff, | COUNTY |
| v. | DOCKET NO.: MID-L-150-08 |
| ETHICON, INC., JOHNSON & JOHNSON, INC., MARTIN MADDEN, LUANI ALVARADO and TRACY PETERSON, | **NOTICE OF FILING OF NOTICE OF REMOVAL** |
| Defendants. | |

TO:  **ARTHUR G. NEVINS, ESQ.**
**Attorney for Plaintiff**
**56 Route 173**
**Hampton, New Jersey 08827**

PLEASE TAKE NOTICE that defendants Ethicon, Inc. ("Ethicon"), Johnson & Johnson (incorrectly identified in the Complaint as "Johnson & Johnson, Inc.") ("J&J"), Martin Madden ("Madden"), Luani Alvarado ("Alvarado") and Tracy Peterson ("Peterson") (hereinafter sometimes collectively referred to as "Defendants"), have on this day filed a Notice of Removal, a copy of which is attached hereto and made a part hereof, in the Office of the Clerk of the United States District Court for the District of New Jersey, Newark, New Jersey.

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
973-622-7711
Attorneys for Defendants

By: *[signature]*
FRANCIS X. DEE
A Member of the Firm

Dated: March 13, 2008
1062780