**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**FRANCIS X. DEE**
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
973-622-7711
Attorneys for Defendants

| | |
|---|---|
| CONSTANCE L. ACE, | Civil Action No. |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE** <br> **STATEMENT** |
| ETHICON, INC., JOHNSON & JOHNSON, INC., MARTIN MADDEN, LUANI ALVARADO and TRACY PETERSON, | **Document Filed Electronically** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of

record for defendants ETHICON, INC., and JOHNSON & JOHNSON (incorrectly designated in

the Complaint as "JOHNSON & JOHNSON, INC."), states that:

    (1)    Johnson & Johnson is a corporation, the stock of which is publicly traded on the

            New York Stock Exchange; and

    (2)    The parent corporation of Ethicon, Inc., is Johnson & Johnson.

MCELROY, DEUTSCH, MULVANEY
  & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
973-622-7711
Attorneys for Defendants


By:_____s/Francis X. Dee_____
       FRANCIS X. DEE
      A Member of the Firm

Dated: March 13, 2008

1062937