UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**FRANCIS X. DEE**
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
973-622-7711
Attorneys for Defendants

| | |
|---|---|
| CONSTANCE L. ACE, <br><br> Plaintiff, <br><br> v. <br><br> ETHICON, INC., JOHNSON & JOHNSON, INC., MARTIN MADDEN, LUANI ALVARADO and TRACY PETERSON, <br><br> Defendants. | Civil Action No. <br><br> **CERTIFICATION OF FILING AND SERVICE** <br><br> **Document Filed Electronically** |

    I hereby certify that I caused defendants' Notice of Removal, Civil Cover Sheet and Corporate Disclosure Statement, together with a copy of the Notice of Filing of Notice of Removal, to be electronically filed this date with:

        William T. Walsh, Clerk
        United State District Court
        District of New Jersey
        Martin Luther King, Jr., Federal Building
           & U.S. Courthouse
        50 Walnut Street
        Newark, New Jersey 07102

and copies of each to be served upon:

>ARTHUR G. NEVINS, ESQ.
>Attorney for Plaintiff
>56 Route 173
>Hampton, New Jersey 08827

by overnight delivery.

>McELROY, DEUTSCH, MULVANEY
>  & CARPENTER, LLP
>Three Gateway Center
>100 Mulberry Street
>Newark, New Jersey 07102-4079
>973-622-7711
>Attorneys for Defendants
>
>
>By: _____s/Francis X. Dee_____
>        FRANCIS X. DEE
>        A Member of the Firm

Dated: March 13, 2008

1062977