# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**FRANCIS X. DEE**
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
973-622-7711
Attorneys for Defendants

RECEIVED
SEP 17 2008
AT 8:30
WILLIAM

|  |  |
|---|---|
| CONSTANCE L. ACE, | : Civil Action No. 08-1285 (JAP) |
| Plaintiff, | : |
| v. | : **STIPULATION AND ORDER OF** |
| ETHICON, INC., JOHNSON & JOHNSON, INC., MARTIN MADDEN, LUANI ALVARADO and TRACY PETERSON, | : **DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND/OR ATTORNEYS' FEES TO ANY PARTY AS TO ALL REMAINING CLAIMS AND DEFENDANTS** |
| Defendants. | : |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff and defendants, through their undersigned counsel, that the above-captioned action be and hereby is dismissed in its entirety with prejudice and without costs and/or attorneys' fees to any party as against any other party.

ARTHUR G. NEVINS, ESQ.
56 Route 173
Hampton, New Jersey 08827
Attorney for Plaintiff

BY: _/s/ Arthur G. Nevins_
ARTHUR G. NEVINS
DATED: 8/20/08

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
973-622-7711
Attorneys for Defendants

BY: _/s/ Francis X. Dee_
FRANCIS X. DEE
DATED: 9/17/08

So ordered
case closed
9/18/08